JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

STEPHEN R. HANSON II
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Stephen.Hanson@usdoj.gov

*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| The S&D Family Trust, u/a/d January 30, 2008; and Denise Wilson, a trustee and individual, <br><br> Plaintiffs, <br><br> v. <br><br> James (Scott) Spracklin, a trustee and individual; Internal Revenue Service, a federal agency; Mr. Cooper, a domestic corporation; Real Time Resolutions, Inc., a domestic corporation; City of Sparks, a municipality; Roger Kahn, an individual; Vicki Kahn, an individual; All Persons and Entities Known and Unknown, and Does 1 through 25, inclusive, <br><br> Defendants. | Case No. <br><br><br> **NOTICE OF REMOVAL** |

The United States of America hereby removes the above-captioned case to the United States District Court for the District of Nevada. The grounds for removal are as follows:

      1.     This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1441(a), 1442(a)(1), 1444 and 1446 for the removal of the case entitled The S&D Family Trust, u/a/d January 30, 2008; and Denise Wilson, a trustee and individual v James (Scott) Spracklin, a trustee and individual; Internal Revenue Service, a federal agency, Mr. Cooper, a domestic corporation; Real Time Resolutions, Inc., a domestic corporation; City of Sparks, a municipality; Roger Kahn, an individual; Vicki Khan, an individual; All Persons and Entities Known and Unknown, and Does 1

through 25, inclusive, Case No. CV23-00602, now pending in Second Judicial District Court, Washoe County, Nevada.

2.     A copy of the Summons and Complaint are attached hereto as an Exhibit.

3.     "A civil action … that is commenced in a State court and that is against or directed to any of the following may be removed by them to the district court of the United States for the district and division embracing the place wherein it is pending: (1) The United States or any agency thereof or any officer (or any person acting under that officer) of the United States or of any agency thereof, in an official or individual capacity, for or relating to any act under color of such office . . . ." 28 U.S.C. § 1442(a)(1).

4.     The United States Attorney's Office for the District of Nevada was served with the Summons and Complaint on July 19, 2023.

5.     This notice is timely filed in accordance with the provisions of 28 U.S.C. § 1446(b). The United States does not, by filing this notice, waive service of process or any other defenses available under Fed. R. Civ. P. 12(b) or other applicable law.

6.     A copy of this notice will be served promptly on Plaintiff and filed with the Clerk of the District Court, Clark County, Nevada.

WHEREFORE, the United States gives notice that the within action is removed to the United States District Court for the District of Nevada.

Respectfully submitted this 10th day of August 2023.

JASON M. FRIERSON
United States Attorney

 /s/  Stephen R. Hanson II
STEPHEN R. HANSON II
Assistant United States Attorney

## Certificate of Service

I hereby certify that on August 10, 2023, I electronically filed and served the foregoing Notice of Removal with the Clerk of the Court for the United States District Court for the District of Nevada using the CM/ECF system and via US Mail to the address below.

**U.S. Mail:**

| |
|---|
| Vicki Kahn<br>PO Box 1305<br>Tahoe City, CA 96145<br>*Defendant* |
| Roger Kahn<br>PO Box 1305<br>Tahoe City, CA 96145<br>*Defendant* |
| City of Sparks<br>PO Box 857<br>Sparks, NV 89432<br>*Defendant* |
| Nathaniel Saxe, Esq.<br>Cynthia Alexander, Esq.<br>Dickinson Wright<br>3883 Howard Hughes Pkwy.<br>Las Vegas, NV 89169<br>*Attorneys for Real Time Resolutions, Inc.* |
| Brody Wight, Esq.<br>Troutman Pepper<br>600 Peachtree St. N.E.<br>Suite 3000<br>Atlanta, GA 30308<br>*Attorney for Mr. Cooper* |
| Clifton Young, Esq.<br>650 S. Rock Blvd. Suite 21A<br>Reno, NV 89502<br>*Attorney for James Scott Spracklin* |

Austin Slaughter, Esq.
Michael Sullivan, Esq.
Robison, Sharp, Sullivan & Brust
71 Washington St.
Reno, NV 89503
*Attorneys for Plaintiff*

 */s/  Stephen R. Hanson II*
STEPHEN R. HANSON II
Assistant United States Attorney
United States Attorney's Office