JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

STEPHEN R. HANSON II
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Stephen.Hanson@usdoj.gov

*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| The S&D Family Trust, u/a/d January 30, 2008; and Denise Wilson, a trustee and individual,<br><br>Plaintiffs,<br><br>v.<br><br>James (Scott) Spracklin, a trustee and individual; Internal Revenue Service, a federal agency; Mr. Cooper, a domestic corporation; Real Time Resolutions, Inc., a domestic corporation; City of Sparks, a municipality; Roger Kahn, an individual; Vicki Kahn, an individual; All Persons and Entities Known and Unknown, and Does 1 through 25, inclusive,<br><br>Defendants. | Case No. 3:23-cv-00392-ART-CSD<br><br>**ORDER GRANTING STIPULATION TO EXTEND ANSWER DEADLINE FOR DEFENDANT INTERNAL REVENUE SERVICE**<br><br>**(FIRST REQUEST)** |

The United States of America, on behalf of Defendant Internal Revenue Service, and Plaintiffs hereby stipulate to extend the United States' answering deadline to September 18, 2023, which is 61 days[1] from the date Plaintiffs served the United States with the summons and complaint. This is the first stipulation to extend the United States' answering deadline.

---

[1] A timeframe of 60 days would put the answer due date on a Sunday. *See* Fed. R. Civ. P. 6(a)(1)(C).

Plaintiffs filed this action in state court and served the United States Attorney's Office with the summons and complaint on July 19, 2023. The United States removed the case on August 10, 2023. Although Rule 81(c) of the Federal Rules of Civil Procedure provides the time in which a defendant must file an initial pleading in a removed action, the 60-day timeframe to which the parties stipulate is the deadline that ordinarily applies to the United States under Rule 12(a)(2). In addition, the stipulated 60-day timeframe is consistent with 28 U.S.C. § 2410(b), which provides the United States 60 days to respond to an action to quiet title to real property on which the United States claims a lien. The purpose of this stipulation is to allow the United States adequate time to investigate this case before answering or otherwise responding to the complaint.

For the foregoing reasons, the United States and Plaintiffs stipulate to extend the deadline for the United States to respond to Plaintiff's complaint on behalf of Defendant Internal Revenue Service to September 18, 2023.

Respectfully submitted this 14th day of August 2023.

| | |
|---|---|
| JASON M. FRIERSON<br>United States Attorney | AUSTIN SLAUGHTER ESQ.<br>MICHAEL SULLIVAN ESQ.<br>Robinson, Sharp, Sullivan, and Brust |
| /s/ Stephen R. Hanson II<br>STEPHEN R. HANSON II<br>Assistant United States Attorney | /s/ Austin Slaughter<br>Attorney for Defendants |

IT IS SO ORDERED:

_____
United States Magistrate Judge

Dated: August 15, 2023.