1  **MICHAEL E. SULLIVAN – NSB #5142**
   msullivan@rssblaw.com
2  **ROBISON, SHARP, SULLIVAN & BRUST**
3  71 Washington Street
   Reno, Nevada 89503
4  Telephone:   775-329-3151

5  *Attorneys for Plaintiff Denise Wilson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE S&D FAMILY TRUST, u/a/d JANUARY 30, 2008; and DENISE WILSON, a trustee and individual,<br><br>Plaintiffs,<br>vs.<br><br>JAMES (SCOTT) SPRACKLIN, a trustee and individual; INTERNAL REVENUE SERVICE, a federal agency; MR. COOPER, a domestic corporation; REAL TIME RESOLUTIONS, INC., a domestic corporation; CITY OF SPARKS, a municipality; ROGER KAHN, an individual; VICKI KAHN, an individual; All Persons and Entities Known and Unknown, and DOES 1 THROUGH 25, inclusive,<br><br>Defendants. | CASE NO.: 3:23-cv-00392-ART-CLB<br><br>**<u>ORDER GRANTING  MOTION/NOTICE OF DISASSOCIATION OF COUNSEL</u>** |

TO:  ALL PARTIES OF INTEREST

   PLEASE TAKE NOTICE that Austin Slaughter, Esq., is hereby disassociated from Robison, Sharp, Sullivan & Brust, as counsel of record in the above-entitled action and thus is no longer counsel of record for Denise Wilson. Denise Wilson is still represented

/ / /

/ / /

1  by Michael E. Sullivan, Esq., of the law firm of Robison, Sharp, Sullivan & Brust.

2  DATED this 29th day of February, 2024.

ROBISON, SHARP, SULLIVAN & BRUST
71 Washington Street
Reno, Nevada 89503

 /s/ Michael E. Sullivan
MICHAEL E. SULLIVAN, ESQ.
*Attorneys for Plaintiff Denise Wilson*

**IT IS SO ORDERED.**

**DATED:** February 29, 2024

_____
UNITED STATES MAGISTRATE JUDGE