**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE S&D FAMILY TRUST, u/a/d JANUARY 30, 2008; and DENISE WILSON, a trustee and individual,<br><br>Plaintiffs,<br><br>vs.<br><br>JAMES (SCOTT) SPRACKLIN, a trustee and individual; INTERNAL REVENUE SERVICE, a federal agency; MR. COOPER, a domestic corporation; REAL TIME RESOLUTIONS, INC., a domestic corporation; CITY OF SPARKS, a municipality; ROGER KAHN, an individual; VICKI KAHN, an individual; All Persons and Entities Known and Unknown, and DOES 1 THROUGH 25, inclusive,<br><br>Defendants. | CASE NO.: 3:23-cv-00392-ART-CLB<br><br>**ORDER GRANTING**<br><br>**<u>STIPULATION TO DISMISS CLAIMS AGAINST REAL TIME RESOLUTIONS, INC. WITHOUT PREJUDICE</u>** |

/ / /

/ / /

/ / /



Plaintiffs Denise Wilson as trustee of the The S&D Family Trust, u/a/d January 30, 2008; and Denise Wilson in her individual capacity, by and through her counsel of record Robison, Sharp, Sullivan & Burst, Defendant Real Time Resolutions, Inc. ("RTR"), by and through its counsel of record, Dickinson Wright PLLC, and Defendant James Spracklin, through his counsel, Cliff J. Young, Esq., and Defendant United States of America, through its counsel the United States Attorney, hereby stipulate and agree to dismiss the above-captioned case as follows:

That all claims asserted by Plaintiffs against Defendant, Real Time Resolutions, Inc. be dismissed, without prejudice, with each party to bear their own fees and costs;

**IT IS SO AGREED AND STIPULATED:**

DATED this 17th day of May, 2024

| **ROBISON, SHARP, SULLIVAN & BRUST** | **DICKINSON WRIGHT PLLC** |
|---|---|
| */s/ Michael Sullivan*  <br>Michael E. Sullivan  <br>71 Washington Street  <br>Reno, Nevada 89503  <br>Tel:  775.329.3151  <br>*Attorney for the S&D Family Trust,*  <br> *u/a/d January 30, 2008 and Denise Wilson* | */s/ Cynthia Alexander*  <br>Cynthia L. Alexander, Esq.  <br>Nevada Bar No. 6718  <br>Nathaniel E. Saxe, Esq.  <br>Nevada Bar No. 15631  <br>3883 Howard Hughes Parkway, Suite 800  <br>Las Vegas, NV 89169  <br>Tel: 702-550-4400  <br>*Attorneys for Real Time Resolutions, Inc.* |
| **UNITED STATES ATTORNEY** | **As to form and content:**  <br>**TROUTMAN PEPPER HAMILTON SANDERS LLP** |
| */s/ Jason Frierson*  <br>Jason M. Frierson  <br>Summer A. Johnson  <br>Assistant United States Attorney  <br>501 Las Vegas Blvd. So., Suite 1100  <br>Las Vegas, Nevada 89101  <br>Tel:  702.388.6336  <br>*Attorneys for the United States of America* | */s/ Sean Bair Kirby*  <br>Sean Bair Kirby  <br>8985 S. Eastern Ave., Ste. 200  <br>Las Vegas, NV 89123 *(Nevada Office)*  <br>Tele: (470) 832-6017  <br>sean.kirby@troutman.comTroutman Pepper Hamilton Sanders, LLP |



600 Peachtree Street, NE, Suite 3000
Atlanta, GA 30308
*Attorneys for Nationstar Mortgage LLC dba Mr. Cooper*

**CLIFTON YOUNG, ESQ**

*/s/ Cliff Young*
   Cliff J. Young, Esq.
   650 S Rock Boulevard, Suite 21-A
   Reno, NV  89502
   Tel:  775.677.7777
   *Attorney for James Spracklin*

**ORDER**

**IT IS SO ORDERED.**

DATED: <u>May 22, 2024</u>

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

