UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE S&D FAMILY TRUST, u/a/d JANUARY 30, 2008; and DENISE WILSON, a trustee and individual,<br><br>Plaintiffs,<br><br>vs.<br><br>JAMES (SCOTT) SPRACKLIN, a trustee and individual; INTERNAL REVENUE SERVICE, a federal agency; MR. COOPER, a domestic corporation; REAL TIME RESOLUTIONS, INC., a domestic corporation; CITY OF SPARKS, a municipality; ROGER KAHN, an individual; VICKI KAHN, an individual; All Persons and Entities Known and Unknown, and DOES 1 THROUGH 25, inclusive,<br><br>Defendants. | CASE NO.: 3:23-cv-00392-ART-CLB<br><br>**ORDER GRANTING**<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, THE S&D FAMILY TRUST, u/a/d JANUARY 30, 2008, and DENISE WILSON, by and through her attorneys of record, MICHAEL E. SULLIVAN, ESQ., of the law firm of ROBISON, SHARP, SULLIVAN & BRUST, and Defendant JAMES (SCOTT) SPRACKLIN, by and through his attorney of record, CLIFFORD J. YOUNG, ESQ., that the above-referenced case be dismissed with prejudice, with the Parties to bear their own attorney's fees and costs. The Parties have resolved all matters set forth in the Complaint, Answer, Counterclaim, and Answer to Counterclaim. All other Defendants to this action were previously dismissed [CM/ECF #31 and #36].

///

Dated this 19th day of November, 2024.

ROBISON, SHARP, SULLIVAN & BRUST

_____
MICHAEL E. SULLIVAN, ESQ.
71 Washington Street
Reno, Nevada 89503
*Attorney for Plaintiff*
*Denise Wilson*

Dated this 19th day of November, 2024.

LAW OFFICES OF CLIFTON J. YOUNG

_____
CLIFTON J. YOUNG
491 Court Street
Reno, NV 89501
*Attorney for Defendant*
*James Scott Spracklin*

**IT IS SO ORDERED.**

_____
Anne R. Traum
United States District Judge

DATED: November 20, 2024

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of ROBISON, SHARP, SULLIVAN & BRUST, and that on this date I caused to be served a true copy of **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** on all parties to this action by the method(s) indicated below:

____ by placing true copy thereof in a sealed envelope, with sufficient postage affixed thereto, in the United States mail at Reno, Nevada, addressed to:

| | |
|---|---|
| Cliff Young, Esq.<br>650 S Rock Boulevard, Suite 21-A<br>Reno, Nevada 89502<br>*Counsel for James Spracklin* | Brody R. Wright, Esq.<br>Sean B. Kirby, Esq.<br>TROUTMAN PEPPER HAMILTON SANDERS, LLP<br>8985 S Eastern Avenue, Suite 200<br>Las Vegas, NV 89123<br>*Counsel for Mr. Cooper (Nationstar Mortgage LLC)* |
| Roger and Vicki Kahn (pro per)<br>P.O. Box 1305<br>Tahoe City, CA 96145 | Cynthia L. Alexander, Esq.<br>DICKINSON WRIGHT, PLLC<br>3883 Howard Hughes Pkwy., Suite 800<br>Las Vegas, NV 89169<br>*Counsel for Real Time Resolutions, Inc.* |
| Summer Johnson<br>Assistant United States Attorney<br>District of Nevada<br>501 Las Vegas Blvd. So., Suite 1100<br>Las Vegas, Nevada 89101 | |

  X    by using the Court's CM/ECF Electronic Notification System addressed to:

| | |
|---|---|
| Cliff Young, Esq. | cliffyounglaw@yahoo.com |
| Brody R. Wright, Esq. | brody.wright@troutman.com |
| Sean B. Kirby, Esq. | sean.kirby@troutman.com |
| Roger and Vicki Kahn | rkahn49@gmail.com |
| Cynthia L. Alexander, Esq. | calexander@dickinson-wright.com |
| Summer Johnson | Summer.Johnson@usdoj.gov |

____ by email addressed to:

| | |
|---|---|
| Cliff Young, Esq. | cliffyounglaw@yahoo.com |
| Brody R. Wright, Esq. | brody.wright@troutman.com |
| Sean B. Kirby, Esq. | sean.kirby@troutman.com |
| Roger and Vicki Kahn | rkahn49@gmail.com |
| Cynthia L. Alexander, Esq. | calexander@dickinson-wright.com |
| Summer Johnson | Summer.Johnson@usdoj.gov |

DATED this 19th day of November, 2024.

/s/ Pam Simon
Employee of Robison, Sharp, Sullivan & Brust